United States District Court
for the
Eastern District of Arkansas

RECEIVED
2009 NOV 25 A 8: 02
UNITED STATES ATTORNEY
LITTLE ROCK, AR

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 25 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| Name of Offender: Anthony Murphy | Case Number: 4:08CR00335 JLH |
| Name of Sentencing Judicial Officer: | Honorable J. Leon Holmes, Chief United States District Judge |
| Offense: | False statement in acquisition of a firearm, a Class C felony |
| Date of Sentence: | September 2, 2009 |
| Sentence: | Two years probation; DNA collection; mandatory drug testing; mental health counseling with emphasis on anger management; drug treatment, not required at this time but available at the probation officer's discretion during the term of probation; $1,000 fine, and $100 special assessment |
| Type of Supervision: Probation | Date Supervision Commenced: September 2, 2009 <br> Expiration Date: September 1, 2011 |
| Asst. U.S. Attorney: Julie Peters | Defense Attorney: Jerome Kearney |
| U.S. Probation Officer: Elaine P. Staton <br> Phone No.: 870-972-5189 or 935-1510 | |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant shall participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.**

## CAUSE

On October 15, 2009, Mr. Murphy submitted a urine specimen that tested positive and was confirmed positive for amphetamines and methamphetamines by Kroll Laboratories. On November 5, 2009, Mr. Murphy was confronted and denied any illegal drug use. He agreed to attend outpatient substance abuse counseling to address issues of relapse triggers, consequences of illegal drug use, and relapse prevention.

Mr. Murphy's original judgment and commitment states, "drug treatment is not required at this time, but is available at the probation officer's discretion during the term of probation". It is requested that the

Prob 12B    Case 4:08-cr-00335-JLH   Document 22   Filed 11/25/09   Page 2 of 4    Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Anthony Murphy                                  Case Number: 4:08CR00335 JLH

wording be amended to reflect the standard wording as stated above for substance abuse treatment to conform with office policy and procedures.

Mr. Murphy's attorney has discussed this modification with him and they are in agreement. The executed PROB 49 agreeing to the modification is attached.

_____                           _____
Elaine P. Staton                                     Julie Peters
U.S. Probation Officer                               Assistant U.S. Attorney

Date: November 18, 2009                              Date: 11/25/09

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

Nov. 25, 2009
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

EPS/khm

c: Assistant Federal Public Defender, Jerome Kearney, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
   Assistant U.S. Attorney, Julie Peters, P.O. Box 1229, Little Rock, AR 72203

Prob 12B  Case 4:08-cr-00335-JLH   Document 22   Filed 11/25/09   Page 3 of 4
-3-
Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Anthony Murphy                    Case Number: 4:08CR00335 JLH

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.**

Witness: _____    Signed: _____
U.S. Probation Officer                       Probationer or Supervised Releasee

_____11/20/09_____
DATE